# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:  DANNY THOMAS  §  Case No.: 11-22526
       TANYA E THOMAS  §
       §
       §
       §
   Debtor(s)  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/27/2011.

2) This case was confirmed on 07/13/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/17/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/14/2011.

5) The case was converted on 01/26/2012.

6) Number of months from filing to the last payment: 4

7) Number of months case was pending: 8

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 18,271.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $ 680.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 680.00 |

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 661.21 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 14.79 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 676.00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| RJM AQUISITIONS FUND | UNSECURED | 1,200.00 | 2,078.51 | 2,078.51 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,045.00 | 1,046.70 | 1,046.70 | .00 | .00 |
| CNAC | SECURED | 2,385.00 | .00 | .00 | .00 | .00 |
| CNAC | UNSECURED | 4,245.00 | .00 | .00 | .00 | .00 |
| MIDWEST TITLE LOAN I | SECURED | 1,500.00 | .00 | 1,500.00 | .00 | .00 |
| JOHN LETTS | OTHER | .00 | NA | NA | .00 | .00 |
| QUIASHIALYN POINDEXT | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,000.00 | 2,035.46 | 2,035.46 | .00 | .00 |
| GOVERNORS STATE UNIV | UNSECURED | 1,400.00 | 1,759.00 | 1,759.00 | .00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 128.00 | 139.56 | 139.56 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 726.00 | 729.67 | 729.67 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 204.00 | 204.85 | 204.85 | .00 | .00 |
| AFNI INC | UNSECURED | 1,745.00 | 1,745.54 | 1,745.54 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 2,975.00 | 2,975.00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 467.61 | 467.61 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 683.62 | 683.62 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 611.00 | 615.59 | 615.59 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 240.11 | 240.11 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 430.00 | 430.00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,589.00 | 1,589.00 | .00 | .00 |
| CENTER FOR DENTAL IM | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 410.00 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 68.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL INC | UNSECURED | 61.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 1,348.00 | NA | NA | .00 | .00 |
| PUBLIC STORAGE | UNSECURED | 107.00 | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| WEST BAY AQUISITIONS | UNSECURED | 117.00 | NA | NA | .00 | .00 |
| CHICAGO HEIGHTS FIRE | UNSECURED | 310.00 | NA | NA | .00 | .00 |
| MELANIE FITNESS CENT | UNSECURED | 360.00 | NA | NA | .00 | .00 |
| EMP OF COOK COUNTY | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| CMG GROUP | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| HR IMAGING | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 219.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 158.00 | NA | NA | .00 | .00 |
| ERAC LOMBARD | UNSECURED | 182.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 894.00 | NA | NA | .00 | .00 |
| LILLIAN VERNON | UNSECURED | 192.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| MANHATTAN PROCESSING | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| METROPOLITAN AUTO | UNSECURED | 3,223.00 | NA | NA | .00 | .00 |
| HARBOR RESORTS | UNSECURED | 3,600.00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | 1,556.00 | 296.00 | 1,496.00 | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | 310.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,504.00 | 2,757.70 | 2,757.70 | .00 | .00 |
| NICOR GAS | UNSECURED | 966.00 | NA | NA | .00 | .00 |
| OAK FOREST HOSPITAL | UNSECURED | 980.00 | NA | NA | .00 | .00 |
| ONE CLICK CASH | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| PAYDAY ONE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 141.00 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS BK | UNSECURED | 78.00 | NA | NA | .00 | .00 |
| SOUND AND SPIRIT | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| MATTESON PUBLIC LIBR | UNSECURED | 38.00 | NA | NA | .00 | .00 |
| US BANK NA | UNSECURED | 500.00 | 550.00 | 550.00 | .00 | .00 |
| JOHN LETTS | OTHER | .00 | NA | NA | .00 | .00 |
| QUIASHIALYN POINDEXT | OTHER | .00 | NA | NA | .00 | .00 |
| JOHN LETTS | OTHER | .00 | NA | NA | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 4.00 | 4.00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| MONTEREY FINANCIAL S | SECURED | NA | 1,200.00 | .00 | .00 | .00 |
| US BANK NA | UNSECURED | NA | 600.21 | 600.21 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 1,500.00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 1,500.00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 4.00 | 4.00 | .00 |
| **TOTAL PRIORITY:** | 4.00 | 4.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 22,144.13 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 676.00 |
| Disbursements to Creditors | $ | 4.00 |
| **TOTAL DISBURSEMENTS:** | $ | 680.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   02/01/2012                             /s/ Tom Vaughn
                                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**